AO 456 (Rev. 5/85) Notice

United States District Court
Southern District of Texas
ENTERED
JUL 21 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 17 1998
Michael N. Milby, Clerk of Court

# United States District Court

SOUTHERN DISTRICT OF TEXAS

TIG INSURANCE COMPANY, ET AL

V.

UNITED STATES FIRE INSURANCE COMPANY,
a Corporation, ET AL

**ORDER AND NOTICE**

CASE NUMBER: CA-B-97-187

TYPE OF CASE:  [X] CIVIL    [ ] CRIMINAL

[X] TAKE NOTICE That a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States Courthouse<br>1001 E. Elizabeth St.<br>Brownsville, Texas 78520 | 4th Floor Courtroom |
| | DATE AND TIME |
| | August 13, 1998 at 2:00 p.m. |

TYPE OF PROCEEDING

Hearing on Cross Motions for Summary Judgments before Hilda G. Tagle, United States District Judge.

[ ] TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

U. S. Magistrate Judge

July 17, 1998
DATE

(BY) DEPUTY CLERK

To:    ROBERT M. FITZGERALD

BRIAN S. MARTIN

CHRISTOPHER W. MARTIN