United States District Court
Southern District of Texas
ENTERED
AUG 13 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 13 1998
Michael N. Milby, Clerk of Court

40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TIG INSURANCE COMPANY for and on behalf of DREW WOODS, INC., a Texas corporation | § § § § § | |
| vs. | § § | C.A. B-97-187 |
| UNITED STATES FIRE INSURANCE COMPANY, a corporation and TRANSCONTINENTAL INSURANCE COMPANY, a corporation | § § § § § | |

## ORDER

The Court, having considered the Motion for Leave to Appear *Pro Hac Vice* filed by Defendant, Transcontinental Insurance Company, seeking the admission of Mark Gamboa as co-counsel in this cause, is of the opinion that said Motion is well taken and should be GRANTED. It is therefore

ORDERED that Mark Gamboa be permitted to appear as co-counsel for Defendant, Transcontinental Insurance Company *pro hac vice* in this cause.

Signed this ___13___ day of ___August___ 1998.

_____
UNITED STATES DISTRICT JUDGE

BAKEJK\013849\007002
HOUSTON\845720.1
6/17/98--9:36 am

ClibPDF - www.fastio.com