United States District Court
Southern District of Texas
ENTERED

AUG 14 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 13 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| TIG INSURANCE COMPANY for and on behalf of DREW WOODS, INC., a Texas corporation | § § § § § | |
| vs. | § | C.A. B-97-187 |
| UNITED STATES FIRE INSURANCE COMPANY, a corporation and TRANSCONTINENTAL INSURANCE COMPANY, a corporation | § § § § § | |

## ~~PROPOSED~~ ORDER GRANTING Summary Judgment

The Court, having considered Transcontinental Insurance Company's Motion for Summary Judgment, any opposition thereto, and argument of counsel, is of the opinion that said Motion is well taken and should be GRANTED. It is therefore

ORDERED that Transcontinental Insurance Company's Motion for Summary Judgment is granted and that Plaintiff take nothing against Transcontinental Insurance Company in this cause.

Signed this 13 day of August 1998.

_____
UNITED STATES DISTRICT JUDGE

BAKEJK\13849\007002
HOUSTON\759655.1
3/30/98--10:31 am