United States District Court
Southern District of Texas
ENTERED
SEP 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

45

United States District Court
Southern District of Texas
FILED
SEP 11 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TIG INSURANCE COMPANY for and on behalf of DREW WOODS, INC., A Texas Corporation, | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. B-97-187 |
| UNITED STATES FIRE INSURANCE COMPANY, A Corporation and TRANSCONTINENTAL INSURANCE COMPANY, A Corporation, | § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on August 13, 1998, the court heard United States Fire Insurance Company's Motion for Summary Judgment, Transcontinental Insurance Company's Motion for Summary Judgment, and TIG Insurance Company's Cross Motion for Partial Summary Judgment. After considering the evidence and argument of counsel, it is ORDERED:

1. Defendant United States Fire Insurance Company's Motion for Summary Judgment is GRANTED and that Plaintiff take nothing against United States Fire Insurance Company;

2. Defendant Transcontinental Insurance Company's Motion for Summary Judgment is GRANTED and that Plaintiff take nothing against Transcontinental Insurance Company;

3. Plaintiff, TIG Insurance Company's Cross Motion for Partial Summary Judgment is DENIED;

4. All parties are to bear their own costs; and

5. All relief not expressly granted herein is hereby DENIED.

This is a **FINAL JUDGMENT.**

DONE at Brownsville, Texas, this ___11___ day of September 1998.

_____
Hilda G. Tagle
United States District Judge